PATRICK H. HICKS, ESQ., Bar # 4632
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
Email: phicks@littler.com
Email: kmburke@littler.com

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC. and
WYNDHAM VACATION OWNERSHIP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DE MARIGNY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., a foreign corporation; SHELL VACATIONS CM CORP., a foreign corporation; WYNDHAM VACATION OWNERSHIP, a foreign entity DOES 1 through 10 inclusive; ROE CORPORATIONS / ENTITIES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00817-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff JOHN DE MARIGNY ("Plaintiff") and Defendants WYNDHAM VACATION RESORTS, INC. and WYNDHAM VACATION OWNERSHIP, INC.[1] ("Defendants"), by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for Defendants to file their responsive pleading. The current deadline for Defendants to file their responsive pleading is set for May 31, 2018. A brief extension is requested until June 21, 2018. This is the first stipulation for an extension of time to file the first responsive pleading.

This request is made in good faith and not to cause unnecessary delay as Defense Counsel

---

[1] Wyndham Vacation Ownership, Inc. ("WVO") alleges that the other named Defendants did not employ Plaintiff.

has pre-existing commitments and out of state travel through the end of May 2018 and needs sufficient time to prepare the responsive pleading.

Dated: May 15, 2018.

Respectfully submitted,

*/s/ M. Lani Esteban-Trinidad, Esq.*
**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.

Attorneys for Plaintiff
John De Marigny

Dated: May 15, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
Patrick H. Hicks, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC.
And WYNDHAM VACATION OWNERSHIP

**IT IS SO ORDERED.**

Dated May 16 , _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:154698573.1 041582.2073

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.