PATRICK H. HICKS, ESQ., Bar # 4632
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: kmburke@littler.com

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC.
and WYNDHAM VACATION OWNERSHIP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DEMARIGNY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., a foreign corporation; SHELL VACATIONS CM CORP., a foreign corporation; WYNDHAM VACATION OWNERSHIP, a foreign entity DOES 1 through 10 inclusive; ROE CORPORATIONS / ENTITIES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-00817-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[FIRST REQUEST]** |

Pursuant to the Court's Order (**ECF No. 20**), an Early Neutral Evaluation Session in this matter has been scheduled for September 21, 2018 at 9:30 a.m., with written evaluation statements due on September 14, 2018. Accordingly, the parties, by and through their respective counsel of record, do hereby stipulate and agree to reschedule the Early Neutral Evaluation Session in this matter, as well as the applicable deadline for submission of the written evaluation statements. The parties propose the following new dates October 16, October 30, November 1, or November 2, 2018 at 9:30 a.m. for the Early Neutral Evaluation Session and a week prior to the new date for the submission of the written evaluation statements.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request to reschedule the Early Neutral Evaluation Session is the first such request made by the parties. The request is made in good faith and not for the purpose of delay.

Dated: July 31, 2018.

Respectfully submitted,

/s/ M. Lani Esteban-Trinidad, Esq.
**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.

Attorney for Plaintiff
John De Marigny

Dated: July 31, 2018.

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
**LITTLER MENDELSON, P.C.**
Patrick H. Hicks, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC.
And WYNDHAM VACATION OWNERSHIP, INC.

**IT IS ORDERED** that the ENE Conference currently set for September 21, 2018, at 9:30 a.m., is **VACATED** and **CONTINUED** to November 1, 2018, at 1:30 p.m. Confidential ENE statements shall be due no later than 4:00 p.m. October 25, 2018.

Dated this 3rd day of August, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800