PATRICK H. HICKS, ESQ., Bar # 4632
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: kmburke@littler.com

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC.
and WYNDHAM VACATION OWNERSHIP, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DE MARIGNY, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC., a foreign corporation; SHELL VACATIONS CM CORP., a foreign corporation; WYNDHAM VACATION OWNERSHIP, a foreign entity DOES 1 through 10 inclusive; ROE CORPORATIONS / ENTITIES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00817-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff JOHN DE MARIGNY ("Plaintiff") and Defendants WYNDHAM VACATION RESORTS, INC. and WYNDHAM VACATION OWNERSHIP (hereinafter jointly "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: November 26, 2018

Respectfully submitted,

*/s/ M. Lani Esteban-Trinidad, Esq.*
**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.

Attorney for Plaintiff
John De Marigny

Dated: November 26, 2018

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
Patrick H. Hicks, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC.
And WYNDHAM VACATION OWNERSHIP, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: November 30, 2018

FIRMWIDE:160048464.1 041582.2073

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.